IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZAHIR HASANALI GOWANI, SHIRIN ZAHIR GOWANI, MONISHA MEHBOOBBHAI KHOJA, RAHIM BARKATALI SARANG, HAMEEDA RAHIM SARANG, RIVA SARANG, and MEHMIZ MEHBOOB KHOJA,<br><br>Plaintiffs,<br><br>vs.<br><br>MERRICK GARLAND, Attorney General of the United States; ALEJANDRO MAYORKAS, Secretary of the U.S. Department of Homeland Security; UR MENDOZA JADDOU, Director of the U.S. Citizenship and Immigration Services; LOREN K. MILLER, Director of Vermont Service Center of the U.S. Citizenship and Immigration Services; and CHRISTOPHER A. WRAY, Director of Federal Bureau of Investigation;<br><br>Defendants. | **4:23CV3223**<br><br><br>**ORDER** |

Pursuant to the Unopposed Notice of Voluntary Dismissal (Filing No. 10),

**IT IS ORDERED:**

1. The claims of Plaintiffs Zahir Hasanali Gowani, Shirin Zahir Gowani, Rahim Barkatali Sarang, Hameeda Rahim Sarang, Riva Sarang, and Mehmiz Mehboob Khoja are dismissed without prejudice, with the parties to bear their own costs and fees.

2. Plaintiff Monisha Mehboobbhai Khoja's claims remain pending.

Dated this 11th day of April, 2024.

BY THE COURT:

s/ Susan M. Bazis
United States District Judge