IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MONISHA MEHBOOBBHAI KHOJA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MERRICK GARLAND, Attorney General of the United States; ALEJANDRO MAYORKAS, Secretary of the U.S. Department of Homeland Security; UR MENDOZA JADDOU, Director of the U.S. Citizenship and Immigration Services; LOREN K. MILLER, Director of Vermont Service Center of the U.S. Citizenship and Immigration Services; and CHRISTOPHER A. WRAY, Director of Federal Bureau of Investigation;<br><br>　　　　　Defendants. | 4:23CV3223<br><br><br>**ORDER OF DISMISSAL** |

Pursuant to the last-remaining plaintiff's notice of voluntary dismissal (Filing No. 27),

**IT IS ORDERED:**

1. This case is dismissed without prejudice, with the parties to bear their own attorney's fees and costs.
2. The defendants' motion to dismiss (Filing No. 15) is denied as moot.

Dated this 21st day of October, 2024.

BY THE COURT:

_Susan M Bazis_
Susan M. Bazis
United States District Judge